CHARLES CZARNOWSKY, Respondent, *v.* THE CITY OF ROCHESTER, Appellant.

*Czarnowsky* v. *City of Rochester,* 55 App. Div. 388, affirmed.
(Argued January 9, 1901; decided January 25, 1901.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 15, 1900, affirming an order of Special Term denying defendant's motion to change the place of trial from the county of Livingston to the county of Monroe.

The following is the question certified : Is the place of trial of an action in ejectment to which a city of the second class is a party defendant to be determined by section 461 of chapter 182 of the Laws of 1898, as amended by chapter 581 of the Laws of 1899, or by section 982 of the Code of Civil Procedure ?

*P. M. French* for appellant.

*Jay K. Smith* for respondent.

Order affirmed, with costs, on opinion below, and question certified answered as suggested therein.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.